El Paso County - 120th District Court

08-15-00277-CV

## IN THE 120TH DISTRICT COURT OF
## EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| CLEAN FUEL TECHNOLOGIES II, LLC, a Texas limited liability company, | § § § § § | FILED IN 8th COURT OF APPEALS EL PASO, TEXAS |
| Plaintiff, | § § | 9/2/2015 4:52:05 PM |
| vs. | § § | DENISE PACHECO Clerk |
| | § | Cause No. 2015-DCV0527 |
| E.L. HOLLINGSWORTH & CO., INC. a Michigan corporation, | § § § | |
| Defendant. | § § | |

### NOTICE OF APPEAL

Plaintiff CLEAN FUEL TECHNOLOGIES II, LLC desires to appeal the Amended Order Granting Temporary Injunction for Clean Fuel Technologies II, LLC signed by this court on August 14, 2015.

1. Plaintiff Clean Fuel Technologies II, LLC appeals to the Eighth Court of Appeals.

2. Plaintiff Clean Fuel Technologies II, LLC is affected by an interlocutory Amended Order Granting Temporary Injunction for Clean Fuel Technologies II, LLC.

3. Plaintiff Clean Fuel Technologies II, LLC files this Notice of Appeal.

4. This Appeal is accelerated.

1

TROY C. BROWN, P.C.

401 Vinton Road
Anthony, Texas 79821
Phone: (915) 543-9669
Fax: (915) 886-7131
E-mail: troycbrown@outlook.com

/s/*Troy C. Brown*_____
TROY C. BROWN
State Bar Number 00783735
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on September 2, 2015 to: Rene Ordonez, Blanco Ordonez Mata & Wallace, P.C. pursuant to the Court's Notice of Electronic Procedures established for the El Paso County Courts

/s/*Troy C. Brown*_____
TROY C. BROWN